

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID ANTHONY CHAPA, | § | No. 08-23-00022-CR |
| Appellant, | § | Appeal from the |
| v. | § | 38th Judicial District Court |
| THE STATE OF TEXAS, | § | of Real County, Texas |
| Appellee. | § | Cause No. 2017-1288-DR |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF APRIL 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.